NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LIVINGSTON THOMAS, JR.,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7050

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 11-3297, Judge William A. Moorman.

---

**ON MOTION**

---

## O R D E R

Livingston Thomas, Jr. moves for a 30-day extension of time, until March 4, 2013, to file his principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

LIVINGSTON THOMAS, JR. v. SHINSEKI                                    2

                                      FOR THE COURT

                                      /s/ Jan Horbaly
                                      Jan Horbaly
                                      Clerk

s27